COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                      DATE: 10/12/05
☐ BOND HEARING
☐ DETENTION HEARING                      DIGITAL Recording : 2:27p.m. - 2:36 p.m.
☐ PRELIMINARY (EXAMINATION)(HEARING)
√ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** Wanda Robinson
**CASE NO.**  2:05mj122-VPM                         **DEFENDANT NAME:** Dwayne Turner
**AUSA:** Clark Morris                              **DEFT. ATTY:** Patricia Kemp

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√ ) FPD

**PTSO:** Ron Thweatt                               **USPO:** _____

Defendant ( ) does; (√ )does NOT need an interpreter
Interpreter present  (√ ) NO; ( ) YES       Name: _____

| | | |
|---|---|---|
| √ | Date of Arrest   or   √ Arrest Rule 40:   10/12/05 | |
| √ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator | |
| ☐ | Deft First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel | |
| √ | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* | |
| ☐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* | |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel.  Has retained | |
| √ | ☐ Government's ORAL  Motion for Detention Hrg. ☐ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed | |
| ☐ | Detention Hearing ☐ held; ☐set for | |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered | |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered | |
| ☐ | Release order entered.  Deft advised of conditions of release | |
| ☐ | BOND EXECUTED (M/D AL charges) $. | |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered | |
| √ | Bond not executed.  Defendant to remain in Marshal's custody | |
| √ | Deft. ORDERED REMOVED to originating district | |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing | |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury | |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐ Set for | |
| ☐ | DISCOVERY DISCLOSURE DATE: | |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel | |
| ☐ | WAIVER of Speedy Trial.  CRIMINAL TERM: | |

**Court preserves the setting of the Preliminary and Detention Hearing as well as appointment of counsel for Southern District of Alabama; Defendant remanded to USM custody until transport to SD of AL**

Case 2:05-mj-00122-VPM   Document 2   Filed 10/12/2005   Page 2 of 2