AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| DWAYNE TURNER | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| MIDDLE-AL | SOUTHERN-AL | 2:05mj122-VPM | MJ 05-0123-C |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  X Complaint  ☐ Other (specify)

charging a violation of  21  U.S.C. § 846

**DISTRICT OF OFFENSE**
SOUTHERN -AL

ATTEST: A True Copy.
Certified to _____
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

**DESCRIPTION OF CHARGES:**

Conspire to possess with intent to distribute cocaine

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

13 Oct 2005 _____ Vanzetta Penn McPherson
Date _____ Judge

RETURNED AND FILED
NOV - 1 2005

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 10/13/05 | Conecuh Co Jail | 10/13/05 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 10/13/05 | William S Taylor | |